394 A.2d 605

Nadler, Appellant, v. Nadler.

Argued June 14, 1978.   Robert L. Frantz, with him Samuel W. Braver, for appellant;  Kenneth L. Salmon, for appellee.

OPINION PER CURIAM:  Order affirmed but case remanded to court below with directions that the order be made retroactive to date of filing petition with credit to be given appellee for any amounts paid since that date.

JACOBS, P. J., and VAN der VOORT, J., would affirm but not remand.

September 25, 1978

394 A.2d 606

Allentown Supply Corporation, Appellant, v. Hamburg Municipal Authority.

Argued June 13, 1978.   Robert T. Miller, for appellant;  Donald F. Spang, for appellee.

Order affirmed.

JACOBS, P. J., did not participate in the consideration or decision of this case.